FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| K&N ELECTRIC MOTORS, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RAY LOFTHOUSE and JANE DOE LOFTHOUSE doing business as SOLDIERS-SUPPLY, a foreign sole proprietorship,<br><br>    Defendants. | NO.  2:20-CV-00141-SAB<br><br>**ORDER GRANTING STIPULATED MOTIONS; CLOSING FILE** |

    Before the Court are the parties' Stipulation of Dismissal of Defendant Jane Doe Lofthouse a/k/a Diana Lofthouse, ECF No. 15, and Stipulated Motion for Order of Entry of Judgment, ECF No. 16. Plaintiff is represented by Richard D. Campbell and Tyler S. Waite. Defendants are represented by Bryce J. Wilcox and Caleb A. Hatch

    Accordingly, **IT IS HEREBY ORDERED**

1. The parties' Stipulation of Dismissal of Defendant Jane Doe Lofthouse a/k/a/ Diana Lofthouse, ECF No. 15, is **GRANTED**.
2. All claims asserted against Defendant Jane Doe Lofthouse a/k/a/ Diana Lofthouse are **DISMISSED**, with each party bearing their own attorneys' fees, costs, and expenses.

**ORDER GRANTING STIPULATED MOTIONS; CLOSING FILE** ~ 1

3. The parties' Stipulated Motion for Order of Entry of Judgment, ECF No. 16, is **GRANTED**.
4. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $528,502.93, plus costs in the amount of $1,145.00, with interest thereon at the rate of 12 percent per annum until fully paid. Plaintiff shall be allowed its costs incurred in collecting on this judgment, plus interest at 12% per annum on such costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of July 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTIONS; CLOSING FILE** ~ 2