AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 28, 2020**

SEAN F. McAVOY, CLERK

K&N ELECTRIC MOTORS, INC., a Washington corporation,

*Plaintiff*

v.

RAY LOFTHOUSE and JANE DOE LOFTHOUSE doing business as SOLDIERS-SUPPLY, a foreign sole proprietorship,

*Defendant*

Civil Action No. 2:20-CV-00141-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' Stipulation of Dismissal of Defendant Jane Doe Lofthouse a/k/a/ Diana Lofthouse, (ECF No. 15) is GRANTED.
The parties' Stipulated Motion for Order of Entry of Judgment (ECF No. 16) is GRANTED.
All claims asserted against Defendant Jane Doe Lofthouse a/k/a/ Diana Lofthouse are DISMISSED, with each party bearing their own attorneys' fees, costs, and expenses.
Judgment is entered in favor of Plaintiff and against Defendant in the amount of $528,502.93, plus costs in the amount of $1,145.00, with interest thereon at the rate of 12 percent per annum until fully paid. Plaintiff shall be allowed its costs incurred in collecting on this judgment, plus interest at 12% per annum on such costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on stipulated Motions to Dismiss (ECF No. 15) and Stipulated Motion for Order for Entry of Judgment (ECF No. 16)

Date: 07/28/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates